

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2015

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Marialyn Barnard, Justice
    Luz Elena D. Chapa, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. The motion is due May 4, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court